PER CURIAM.
We affirm based on the authority of Rule 3.701, Florida Rules of Criminal Procedure; Montgomery v. State, 821 So.2d 464 (Fla. 4th DCA 2002), review granted, 837 So.2d 410 (Fla.2003); and Hill v. State, 805 So.2d 61 (Fla. 3d DCA), review dismissed, 817 So.2d 847 (Fla.2002). We certify conflict with Negron v. State, 799 So.2d 1126 (Fla. 5th DCA 2001); State v. Freeman, 775 So.2d 344 (Fla. 2d DCA 2000), review denied, 790 So.2d 1108 (Fla.2001); and Batchelor v. State, 729 So.2d 956 (Fla. 1st DCA 1999).
Affirmed; conflict certified.